AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Northern District of Alabama

UNITED STATES OF AMERICA

v.  Case Number  2:17-CR-00013-MHH-TMP (002)

RALPHEL MAURIE EDWARDS
A/K/A *MAURIE EDWARDS*
A/K/A *RALPHEL MAURIE DILLIGARD*
    Defendant.

## JUDGMENT

The defendant, RALPHEL MAURIE EDWARDS, was represented by William H. Broome and Katherine P. Luker.

The defendant has been found not guilty on Count 1, and is discharged as to such count.

Signed this the 17th day of November, 2017.

*(signature)*
MADELINE HUGHES HAIKALA
U.S. DISTRICT JUDGE